THE HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HAKRAE LEE and MIN KYUN PARK, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUPANG, INC., COUPANG CORP., BOM SUK KIM, GAURAV ANAND, BRETT MATTHES, and TAE KIM,<br><br>                    Defendants. | Case No. 2:26-cv-00047-TLF<br><br>CLASS ACTION<br><br>DECLARATION OF THOMAS E. LOESER IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>NOTE ON MOTION CALENDAR: MARCH 23, 2026 |

DECLARATION OF THOMAS E. LOESER IN
SUPPORT OF MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL
(2:26-cv-00047-TLF)

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

I, Thomas E. Loeser, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of Washington and this Court.  I am Managing Counsel of the Seattle Office of the law firm of Cotchett Pitre & McCarthy LLP ("CPM"), proposed Liaison Counsel for Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("NESPF") in the above-captioned securities class action.  I make this declaration in support of NESPF's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

**Exhibit A**:    Notice of pendency of class action published in *Business Wire* on December 18, 2025;

**Exhibit B**:    Certification of NESPF;

**Exhibit C**:    NESPF's estimated losses, prepared by counsel;

**Exhibit D**:    Grant & Eisenhofer P.A. firm resume; and

**Exhibit E**:    Cotchett, Pitre & McCarthy firm resume.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this February 17th day of February, 2026, at Seattle, Washington.

/s/  Thomas E. Loeser
Thomas E. Loeser

DECLARATION OF THOMAS E. LOESER
IN SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF          -1-
SELECTION OF LEAD COUNSEL
(2:26-cv-00047-TLF)

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272