# Exhibit B

**CERTIFICATION OF ABERDEEN CITY COUNCIL AS ADMINISTRATING AUTHORITY FOR THE NORTH EAST SCOTLAND PENSION FUND**

I, Jonathan Belford, on behalf of Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Aberdeen"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I am the Chief Officer - Finance of Aberdeen.  I am duly authorized to make this certification on behalf of Aberdeen.

2.      I have reviewed a class action complaint for violations of the federal securities laws against Coupang, Inc. ("Coupang") and authorize the filing of this motion for appointment as lead plaintiff on behalf of Aberdeen.

3.      Aberdeen did not purchase or acquire the securities of Coupang at the direction of counsel or in order to participate in any private action.

4.      Aberdeen is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this certification is a list of Aberdeen's transactions during the relevant period in the securities that are the subject of this matter.

6.      During the three-year period preceding the date of this certification, Aberdeen has not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws.

7.      Aberdeen will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate.

Executed this 12th day of February, 2026.

Jonathan Belford, Chief Officer - Finance

*Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund*

## Coupang, Inc. -- Schedule A
## Aberdeen City Council as Administrating Authority for the
##  North East Scotland Pension Fund

**Cusip:**          22266T109
**Ticker:**         CPNG
**Class Period:**   May 7, 2025 through December 16, 2025

**Beginning Holdings:** 1,270,281 shares

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 05/07/25 | 3,724 | $26.52 | | 07/15/25 | 11,569 | $30.85 |
| 05/07/25 | 37,273 | $26.57 | | 12/11/25 | 27,072 | $25.95 |
| 05/08/25 | 177,062 | $26.01 | | | | |
| 09/15/25 | 26,016 | $33.46 | | | | |
| 09/15/25 | 104,066 | $33.38 | | | | |
| 09/16/25 | 195,128 | $33.33 | | | | |
| 09/17/25 | 58,538 | $33.36 | | | | |
| 09/18/25 | 40,977 | $33.69 | | | | |
| 09/22/25 | 43,025 | $32.67 | | | | |
| 09/24/25 | 13,147 | $32.26 | | | | |
| 09/26/25 | 15,776 | $31.94 | | | | |
| 09/29/25 | 5,679 | $32.40 | | | | |