# Exhibit C



**Coupang, Inc.**
**May 7, 2025 through December 16, 2025**
**North East Scotland Pension Fund**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 1,270,281 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 38,641 | $30.28 | $1,169,874 | |
| Section II Sales:  Purchased and Sold in the Period | 38,641 | $27.42 | $1,059,437 | ($110,437) |
| Section III Purchases: Purchased in and Sold After the Period | 0 | | $0 | |
| Section III Sales: Purchased in and Sold After the Period | 0 | | $0 | $0 |
| Section IV Purchases: Purchased and Held | 681,770 | $31.13 | $21,223,478 | ($6,889,605) |
| 90-Day Average Lookback Price | | $21.0245 | | |
| **Total LIFO Losses** | | | | **($7,000,041)** |



**Coupang, Inc.**
**May 7, 2025 through December 16, 2025**
**North East Scotland Pension Fund**

**Lookback Range:**   **12/17/25 - 2/13/26**

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | (Loss) on Holdings @ $21.0245 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| ---------------------------Purchases--------------------------- | | | | ------------------------------Sales------------------------------ | | | | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings (Ignored)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open position | 1,270,281 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (I)** | **1,270,281** | | **$0** | | **0** | | **$0** | | | |

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/25 | 11,569 | $26.01 | $300,852 | 07/15/25 | 11,569 | $30.85 | $356,927 | | | |
| 09/24/25 | 5,617 | $32.26 | $181,199 | 12/11/25 | 27,072 | $25.95 | $702,510 | | | |
| 09/26/25 | 15,776 | $31.94 | $503,807 | | | | | | | |
| 09/29/25 | 5,679 | $32.40 | $184,017 | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (II)** | **38,641** | | **$1,169,874** | | **38,641** | | **$1,059,437** | | | **($110,437)** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (III)** | **0** | | **$0** | | **0** | | **$0** | | | **$0** |



**Coupang, Inc.**
**May 7, 2025 through December 16, 2025**
**North East Scotland Pension Fund**

**Lookback Range:** **12/17/25 - 2/13/26**

| | | | | | | | | | (Loss) on Shares Held | (Loss) on Holdings @ $21.0245 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ----------Purchases---------- | | | | ----------Sales---------- | | | | | | | |
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | | |

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**

*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | | | | | | (Loss) on Shares Held | (Loss) on Holdings @ $21.0245 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/25 | 3,724 | $26.52 | $98,757 | | | | | | ($5.49) | ($20,461.52) | |
| 05/07/25 | 37,273 | $26.57 | $990,493 | | | | | | ($5.55) | ($206,846.51) | |
| 05/08/25 | 165,493 | $26.01 | $4,303,645 | | | | | | ($4.98) | ($824,237.89) | |
| 09/15/25 | 26,016 | $33.46 | $870,521 | | | | | | ($12.44) | ($323,547.98) | |
| 09/15/25 | 104,066 | $33.38 | $3,473,931 | | | | | | ($12.36) | ($1,285,995.60) | |
| 09/16/25 | 195,128 | $33.33 | $6,504,006 | | | | | | ($12.31) | ($2,401,537.86) | |
| 09/17/25 | 58,538 | $33.36 | $1,952,945 | | | | | | ($12.34) | ($722,212.58) | |
| 09/18/25 | 40,977 | $33.69 | $1,380,556 | | | | | | ($12.67) | ($519,035.17) | |
| 09/22/25 | 43,025 | $32.67 | $1,405,713 | | | | | | ($11.65) | ($501,133.69) | |
| 09/24/25 | 7,530 | $32.26 | $242,910 | | | | | | ($11.23) | ($84,595.79) | |
| **Subtotal (IV)** | **681,770** | **$31.13** | **$21,223,478** | | | | | | | **($6,889,604.58)** | **($6,889,605)** |
| **TOTAL (II - IV)  LIFO Losses** | | | | | | | | | | | **($7,000,041)** |