# Exhibit E

# COTCHETT PITRE & McCARTHY LLP

SAN FRANCISCO BAY AREA │ LOS ANGELES │ NEW YORK │SEATTLE
WWW.CPMLEGAL.COM

# FIRM RESUME

## WHO WE ARE

Cotchett, Pitre & McCarthy, LLP, based on the San Francisco Peninsula for over 45 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in Burlingame, Los Angeles, New York and Seattle, the core of the firm is its people and their dedication to principles of law, work ethic and commitment to justice.

Most clients are referred by other lawyers who know of the firm's abilities and reputation in the legal community. We are trial lawyers dedicated to achieving justice.

1

# WHAT WE DO

## SECURITIES AND DERIVATIVE CASES

*Pampena v. Musk*
**USDC, Northern District of California**
CPM serves as Co-Lead Counsel on behalf of a certified class of Twitter shareholders in an action against Elon Musk for allegedly manipulating the market for Twitter stock in his attempt to renegotiate his purchase of the company. The suit alleges that Musk's false statements and tweets delayed closing and induced shareholders to sell their Twitter shares at artificially low prices.

*In re Wells Fargo & Co. Derivative Litigation*
**USDC, Northern District of California**
CPM serves as Co-Lead Counsel represents investors in a shareholder derivative action against Wells Fargo's officers and directors relating to their oversight of the bank's operations, alleging that defendants' conduct resulted in racial discrimination in Wells Fargo's lending and hiring practices and violations of federal securities laws.

*In re Uber Technologies, Inc. Securities Litigation*
**USDC, Northern District of California**
CPM serves as counsel for investors in a certified class action against Uber Technologies, Inc., Uber officers and directors, and the investment banking firms that acted as underwriters for Uber's initial public offering in May 2019, alleging that Uber's registration statement and prospectus contained misleading information about Uber's condition.

*In re Micro Focus International PLC Securities Litigation*
**San Mateo County Superior Court**
CPM served as Co-Lead Counsel for a certified class of investors in the merger between Micro Focus and a subsidiary of Hewlett Packard Enterprise. CPM alleged Micro Focus made false statements and failed to disclose material information about the merger and, after years of litigation, negotiated a $107 million settlement – one of the largest IPO recoveries in the country. (Settled 2023).

*In re Eventbrite, Inc. Securities Litigation*
**San Mateo County Superior Court**
CPM served as Co-Lead Counsel for a certified class of shareholders of Eventbrite, Inc. who invested in Eventbrite's September 2018 initial public offering. Eventbrite operates an event ticketing platform and manages certain events. The complaint alleged that Eventbrite misrepresented or failed to disclose information relating to the integration of an acquired company in the IPO documents sent to investors. (Settled 2022).

*In re Wells Fargo & Company Derivative Litigation*
**San Francisco Superior Court**
CPM served as Lead Counsel for the Derivative Plaintiffs in the California State action against Wells Fargo's current and former officers and directors based illegal sales practices revealed in late 2016. (Settled 2019).

*Won et al. v. Neumann et al.*
**San Francisco County Superior Court**
CPM represented investors who alleged that directors of the company, including former CEO Adam Neumann mismanaged the company such that its valuation was reduced by over 80% percent. The plaintiffs alleged that directors permitted Neuman to engage in egregious self-dealing and this conduct, among others, led to cancellation of the company's anticipated public offering. (Settled 2022).

*Wong, et al. v. Restoration Robotics, et al.*
**San Mateo County Superior Court**
CPM represented investors who purchased Restoration Robotics stock in its October 2017 initial public offering. Restoration Robotics is a medical technology company that developed technology to assist doctors with follicular unit extraction surgery, a type of hair restoration procedure. The action alleged the company failed to disclose issues with the commercial viability of the technology that, once disclosed, resulted in a drop in the share value. (Settled 2023).

*In re Wells Fargo & Company Auto Insurance Derivative Litigation*
**San Francisco Superior Court**
CPM served as Lead Counsel for the Derivative Plaintiffs in the California State action against Wells Fargo's current and former officers and directors related to alleged overcharging of automobile and home loans in 2017. (Settled 2019).

*In re LendingClub Securities Litigation*
**San Mateo Superior Court/USDC, Northern District of California**
CPM served as Co-Lead Counsel for a certified class of shareholders alleging that LendingClub and certain officers failed to disclose material information at the time of its initial public offering. CPM helped negotiate a settlement of related state and federal class actions that provided $125 million to investors. (Settled 2018).

*Chicago Laborers Pension Fund, et al. v. Alibaba Group Holding Limited, et al.*
**San Mateo County Superior Court**
CPM served as Co-Lead counsel in the securities class action brought against Alibaba for alleged violations of §§11, 12(a)(2) and 15 of the Securities Act of 1933 by reason of material misrepresentations and omissions in the Registration Statement and Prospectus for Alibaba's September 2014 initial public offering. (Settled 2019).

3

*In re ProNAi Therapeutics, Inc. Securities Litigation*
**San Mateo Superior Court**
CPM served as Lead Counsel representing a class of shareholders alleging that ProNAi failed to disclose material information at the time of its initial public offering relating to its developmental drug.  (Settled 2019).

*In re Oportun Securities Litigation*
**San Mateo Superior Court**
CPM served as Lead Counsel representing a class of Oportun's common shareholders alleging that their ownership interests were unfairly diluted by a series of insider financing rounds led by Oportun's largest preferred shareholders, including venture capital funds that had representatives on Oportun's Board of Directors.  (Settled 2018).

*In re Medical Capital Securities Litigation*
**USDC, Central District of California**
CPM served as Co-Lead Counsel for noteholders who invested in Medical Capital, a receivable company that turned out to be a Ponzi scheme. After Plaintiffs prevailed on several motions to dismiss, Bank of New York Mellon agreed to pay $114 million to resolve the actions.  Shortly thereafter, and on the eve of trial, Wells Fargo agreed to pay $105 million dollars to resolve the action.  The combined $219 million recovery represents one of the largest recoveries against indenture trustees in United States history and the largest Ponzi recovery in California history. (Settled 2013).

*In re Intuitive Derivative Litigation*
**San Mateo Superior Court**
CPM served as Co-Lead Counsel in a shareholder derivative action against certain current and former officers and directors of Intuitive, which sold a robotic surgical system, alleging that Intuitive failed to disclose ongoing issues with regulatory bodies and patient injuries from the system at the same time executives were reaping insider trading profits from personal trades. (Settled 2017).

*In re PG&E Derivative Litigation (San Bruno Gas Explosion)*
**San Mateo County Superior Court**
CPM served as Co-Lead Counsel representing PG&E shareholders following the gas pipeline explosion that devastated an entire neighborhood in San Bruno. The explosion, and resulting fire, killed eight people, injured dozens more and destroyed or damaged several dozen homes.  PG&E ultimately was held criminally liable for its conduct, and paid tens of millions of dollars in fines and settlements.  Through the derivative action, CPM secured a $90 million settlement from PG&E's officers and directors, one of the largest monetary settlements in United States history, and extensive reforms to PG&E's safety and risk management practices overseen by management along with ongoing reports to the Court.  (Settled 2017).

*Justice John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*
**San Francisco County Superior Court**
CPM served as Co-Lead Counsel representing Plaintiff Justice John Trotter (Ret.), Trustee of the PG&E Fire Victims Trust against former Officers and Directors of PG&E for its mismanagement of electrical operations which lead to tens of billions of dollars in property damage for the North Bay Fires of 2017 and 2018 Camp Fire. (Settled 2022).

*In re Alphabet Inc. Shareholder Derivative Litigation (Sexual Harassment Practices)*
**Santa Clara County Superior Court**
CPM served as counsel in consolidated shareholder derivative action, alleging that Alphabet's management failed to monitor and prevent sexual harassment of employees by top Google executives and, instead, approved lucrative compensation to Google executives and then allowed them to quietly "resign" after they were credibly accused of sexual harassment and other misconduct. Even after public outrage when the conduct was disclosed and the walkout of nearly 20,000 Google employees, Alphabet failed to seek recourse. (Settled 2022).

*Lehman Brothers Litigation*
**USDC, Southern District of New York**
CPM served as Liaison Counsel and represented San Mateo County, Monterey County, the cities of Auburn, San Buenaventura, Burbank, and Zenith Insurance Company in a securities action relating to their investment losses in Lehman Brothers. CPM, on behalf of its clients, was the only firm to obtain monetary recoveries from the individual defendants themselves and one of the first to pursue claims against Ernst &Young, LLP. (Settled 2014).

*In re Homestore.com, Inc. Securities Litigation*
**USDC, Central District of California**
CPM served as Lead Counsel in a securities fraud class action representing CALSTRS against Homestore.com, Inc., its senior officers and directors, its auditors, and other companies who engaged in fraudulent "roundtripping" transactions, increasing revenues by false accounting methods. In 2004 the court approved a settlement in which Homestore agreed to reform its corporate policies and pay approximately $93 million in stock and cash. In 2011, CPM obtained a jury verdict against a Homestore executive for securities fraud. (Jury Verdict, 2011).

*HL Leasing Ponzi Scheme*
**Fresno County Superior Court**
CPM served as Lead Counsel for investors and obtained a jury verdict for $46.5 million against the top two senior officers of HL Leasing, Inc. for their involvement in a Ponzi scheme. The jury verdict came three days after the court had entered a directed verdict for $114 million against HL Leasing, Inc., Heritage Pacific Leasing and Air Fred, LLC for a Ponzi scheme in which over 1200 victims lost approximately $137 million. (Jury Verdict 2011).

*Monterey County/ San Buenaventura / WaMu*
**USDC, Western District of Washington**
CPM represented Monterey County and the City of San Buenaventura relating to their investment losses in Washington Mutual. Defendants allegedly deceived investors relating to their

5

underwriting and exposure to subprime losses and engaged in misleading accounting practices. (Settled 2011).

### *Pay By Touch Litigation*
**San Francisco County Superior Court**
CPM represented investors, including the Getty family trusts, in a securities action against UBS Securities and former executives of Pay By Touch alleging fraud and negligent misrepresentation. (Settled 2011).

### *California State Teachers' Retirement System v. Qwest Communications*
**San Francisco County Superior Court**
CPM represented CalSTRS in a securities action against Qwest Communications International, Inc., its securities underwriters, its senior officers and directors, and its auditor, Arthur Andersen arising out of the fraud executed by Qwest's senior officers. The litigation strategy resulted in a $46.5 million settlement for CalSTRS alone, compared to the entire $400 million class settlement. CalSTRS' individual settlement is approximately 11.6% of the total class settlement. CalSTRS also recovered over 50% of its actual damages, compared to a 6% class recovery.  This is an exceptional settlement in securities litigation and became the subject of securities panel discussions. (Settled 2007).

### *California State Teachers' Retirement System v. AOL Time Warner*
**Los Angeles County Superior Court**
CPM represented CalSTRS in a securities action against AOL Time Warner, its securities underwriters, its senior officers and directors and its auditor, Ernst & Young ("E&Y") alleging violations of state and federal securities law. CalSTRS was able to recover $107.4 million in settlement, representing 80% of its losses and over 7 times what it would have recovered if it had remained a member of the Class.  Our firm's participation in the CalSTRS/AOL Time Warner litigation was also at the cutting edge of California securities law development. We obtained a ruling from the Los Angeles Superior Court holding that the Supreme Court ruling in Dura Pharmaceuticals, Inc. v. Broudo, 544 U.S. 336 (2005) did not apply to actions brought under the California securities laws. We also were one of the first firms to litigate the issue of reliance as it relates to index investing, an issue of significant importance to all pension funds. This litigation demonstrates our firm's commitment to fighting to ensure that federal and state securities laws are able to protect injured investors and preserve the integrity of America's securities markets. (Settled 2007).

### *The Regents of the University of California v. Salomon Smith Barney, Inc., et al.*
**USDC, Southern District of New York**
CPM represented the Regents of the University of California in an individual securities action WorldCom, Inc., its underwriters and its officers and directors, including Bernard Ebbers, relating to a massive multibillion accounting fraud which resulted in the bankruptcy of one of the largest telecommunications companies in the United States. Regents had invested in WorldCom securities prior to the Class Period and would have recovered nothing from the settlement. This was one of the first cases to successfully bring a holder's claim under California's blue-sky laws, as recognized by the California Supreme Court in Small v. Fritz (2003) 30 Cal.4th 167. (Settled 2006).

*In re Oracle Derivative Litigation*
**USDC, Northern District of California**
CPM served as Co-Lead Counsel for investors in a shareholder derivative complaint on behalf of Oracle Corporation against certain members of its Board of Directors and certain senior officers for breach of fiduciary duty and abuse of control relating to the over-billing of the US government for software products. (Settled 2013).

*In re Novellus Systems, Inc. Litigation*
**Santa Clara County Superior Court**
CPM served as Co-Lead Counsel in a class action representing the Louisiana Municipal Police Employees' Retirement System against Novellus' Board of Directors for alleged breaches of their fiduciary duties arising from a merger with Lam Research Corporation. CPM alleged that the merger was for inadequate consideration and was arrived at through an unfair process that did not adequately safeguard the interest of Novellus shareholders. (Settled 2012).

*In re Mutual Funds Investment Litigation*
**USDC, District of Maryland**
CPM served as Lead Counsel in a securities fraud class action filed against Janus mutual funds for allowing select investors to make substantial profits at the expense of other investors. The suits were filed in September 2003 and accuse the funds of allowing "market timing" and "late trading" by its largest customers resulting in millions of dollars of losses to other shareholders. (Settled 2010).

*In re Genentech/Roche Shareholder Litigation*
**San Mateo County Superior Court**
CPM served as Co-Lead Counsel in a class action alleging several defendants breached their fiduciary duty relating to a proposed buy-out offer of Genentech by its largest and controlling shareholder, Roche Holdings. (Settled 2009).

*Merrill Lynch Class Action*
**USDC, Southern District of New York**
CPM represented former First Republic Bank shareholders in a securities class action against Merrill Lynch & Co., which is accused of hiding billions of dollars of losses related to subprime mortgages while the companies' merger was pending. Defendants allegedly misled First Republic shareholders about its finances as they considered Merrill's $1.8 billion takeover of the company. (Settled 2009).

*In re Apple Computer Inc. Derivative Litigation*
**USDC, Northern District of California**
CPM served as Lead Counsel in a derivative action on behalf of Apple relating to backdating of stock options granted to various executives. The action alleged violations of federal and California state securities statutes and resulted in Settlement of cash and novel corporate governance reform. (Settled 2008).

7

*Madoff Litigation*
**New York State Supreme Court**
CPM represented investors in a securities action naming individuals and entities who are alleged to be liable in the $65 billion Ponzi Scheme perpetrated by Bernard Madoff. Plaintiffs allege that Defendants, JP Morgan, and the Bank of New York as well as accounting firm KPMG LLP and their international counterparts, KPMG UK and KPMG International were primary players responsible for the fraud. Partners Joseph Cotchett and Nancy Fineman were the first and only attorneys to interview Bernard Madoff in prison.

*American Continental Corp./Lincoln Sav. & Loan*
**794 F. Supp. 1424, UDSC, District Court of Arizona**
CPM served as Co-Lead Counsel for shareholder and bondholder victims of Charles Keating in a securities class action, and related insurance coverage litigation, including lengthy jury trial. (Largest jury verdict against an individual defendant in American history – $3.5 billion against Keating and others.) (Jury Verdict).

*Technical Equities Litigation*
*Abelson v. National Union*
**Santa Clara County Superior Court**
CPM represented hundreds of individual plaintiffs in a fraud litigation, and subsequent insurance coverage and insurance bad faith litigation, and included three lengthy jury trials and three court trials. (Largest verdict in California for 1991).

*Bily v. Arthur Young & Co.*
**3 Cal. 4th 370 (1992)**
CPM represented shareholders in a professional negligence action against Arthur Young & Co. for materially misleading financial statements. Seminal case in California discussing auditor liability to shareholders.

*In re Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation*
**USDC, Southern District of New York**
CPM was Lead Counsel in securities class action against Freddie Mac executives alleging that they misrepresented material facts regarding Freddie Mac's business prior to government conservatorship. The losses suffered by the Class of preferred shareholders exceed $6 billion. (Settled).

*Diversified Lending Group*
**Los Angeles County Superior Court**
CPM represents investors in a securities action involving a multi-hundred million dollar fraudulent investment scheme perpetrated by Diversified Lending Group, Inc., Applied Equities, Inc. Bruce Friedman, and Diane Cano. (Settled).

***In re Informix Derivative Litigation***
***Smurthwaite v. White***
**San Mateo County Superior Court**
CPM was Lead Counsel in consolidated shareholder derivative actions against corporate officers, directors and accountants relating to accounting fraud.  (Settled 2000).

***In re Sybase Derivative Litigation***
**Alameda County Superior Court**
***Krim v. Kertzman***
**Alameda County Superior Court**
CPM was Lead Counsel in consolidated shareholder derivative actions against corporate officers and directors.  (Settled 2000).

***CBT Group Litigation***
***Durrett v. McCabe***
**San Mateo County Superior Court**
CPM represented holders of American Depository Shares in a derivative litigation against officers and directors of CBT Group PLC for accounting fraud and insider trading.  (Settled 2000).

***Orange County Securities Litigation***
***Smith v. Merrill Lynch***
**Orange County Superior Court**
CPM represented debt securities holders of Orange County and its investment pool participants in a securities class action. (Settled 1997).

***Acclaim Securities Litigation***
***Campbell v. Petermeier, et al.***
**Alameda County Superior Court**
***Campbell v. Acclaim Entertainment, Inc., et al.***
**USDC, Eastern District of New York**
CPM represented investors in a securities class action arising from a stock swap merger. (Settled 1997).

***In re Pilgrim Securities Litigation***
**USDC, Central District of California**
CPM represented investors in a mutual fund fraud class action. (Settled 1997).

***West Valley Litigation***
***Knight v. Rayden***
**Santa Clara County Superior Court**
CPM represented real estate limited partnership investors in a securities class action. (Settled 1996).

9

*In re Oak Technologies Securities Litigation*
**Santa Clara County Superior Court**
CPM served as Co-Lead Counsel for investors in a securities class action for insider trading and abuse of control. (Settled).

*In re HomeFed Securities Litigation*
**USDC, Southern District of California**
CPM represented bankrupt S&L as plaintiff in action against former S&L officers, directors and accountants for mismanagement and breach of fiduciary duty.  (Settled).

*Giorgetti v. BankAmerica Corp.*
**San Francisco County Superior Court**
CPM represented shareholders in a class action for failure to pay control premium in connection with merger between Bank of America and NationsBank Corp.  (Settled).

*Harmsen v. Smith*
**693 F. 2d 932 (9th Cir. 1982)**
**586 F. 2d 156 (9th Cir. 1978)**
**542 F. 2d 496 (9th Cir. 1976)**
CPM represented shareholders of United States National Bank, San Diego in a securities class action against C. Arnholt Smith and other officers, directors, and insiders.   Multi-million dollar jury verdicts upheld on appeal.  The first securities class action tried on both liability and damages to a jury.

*J. David Dominelli Litigation*
*Rogers & Wells v. Superior Court*
**175 Cal. App. 3d 545 (1986)**
CPM represented hundreds of clients in investor fraud litigation in San Diego County Superior Court including a lengthy jury trial.

*Franchi v. Pera (Ubiquiti)*
*San Mateo Superior Court*
CPM is Lead Counsel for the Derivative Plaintiffs in this action against Ubiquiti's current and former officers and directors based on Ubiquiti's Board deceit, fraud and insider selling. (Settled 2019).

10

## CONSUMER AND PRIVACY CASES

### *In re Apple Inc. Device Performance Litigation*
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel representing a nationwide class of Apple customers who alleged that that Apple issued software updates that slowed down the performance of certain iPhones. CPM negotiated a settlement after years of litigation that provided a settlement fund of $310 to $500 million to class members, the largest all-cash recovery in a computer intrusion case in history.

### *In re Zoom Video Communications, Inc. Privacy Litigation*
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel representing a nationwide class of Zoom customers who alleged privacy and security issues with the Zoom Meeting Application ("App"). The lawsuit alleged that Zoom (i) shared certain information with third parties, (ii) should have done more to prevent unwanted meeting disruptions by third parties, and (iii) advertised its Zoom Meetings App as being encrypted "end-to-end" when Plaintiffs contend it was not at that time. On April 21, 2021, the Northern District of California granted final approval of the class settlement of $85 million.

### *In re Robinhood Outage Litigation*
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel representing a nationwide putative class of consumers who were impacted by major outages of Robinhood's stock trading platform during key fluctuations in the stock market. The plaintiffs alleged that Robinhood was negligent in the development and maintenance of the Robinhood application, and that the company failed to implement an adequate business continuity plan as required by financial regulators. CPM negotiated a $9.9 million settlement, returning virtually all of the lost funds back to customers.

### *In re: Lenovo Adware Litigation*
**USDC, Northern District of California**
CPM served as Co-Lead Counsel in the Lenovo Adware Litigation related to surreptitiously installed malware on Lenovo computers. The complaint alleges that the adware violates privacy laws by intercepting users' behavioral data, including browsing history and electronic communications. (Settled 2019).

### *In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation*
**USDC, Eastern District of Virginia**
CPM served as Co-Lead Counsel in the Lumber Liquidators case filed in the Eastern District of Virginia. The class action was filed against Lumber Liquidators alleging that their Chinese-manufactured laminate wood flooring products emit unsafe and dangerous levels of formaldehyde.

11

*Credit Counseling Industry Suit names Chase, Money Management International and Others*
**USDC, Central District of California**
CPM filed a consumer fraud case against JP Morgan Chase & Co., Chase Manhattan Bank USA, Money Management International (also known as Consumer Credit Counseling Service) and Money Management By Mail, Inc. for fraudulent "debt counseling" and debt collections in the subprime credit industry.

*Anastasiya Komarova v. MBNA America Bank, N.A.; National Credit Acceptance, Inc.*
**San Francisco Superior Court**
In a rare jury trial against a credit card collection agency, a San Francisco jury ruled in favor of a young woman who was the victim of an abusive campaign to force her to repay a debt she never incurred. Anne Marie Murphy and Justin T. Berger, two Associates at CPM represented Anastasiya Komarova, who was awarded $600,000 from National Credit Acceptance, Inc. in 2008. Komarova had been subjected to nearly a year of hostile telephone calls to her work place and a spurious arbitration proceeding, all over a bogus credit card debt and despite the fact that she repeatedly told the agency she never had an account with the credit card company in question. In issuing its verdict, the San Francisco Superior Court jury described National Credit Acceptance's conduct as "outrageous." The verdict is believed to be one of the largest verdicts in the country by a sole plaintiff alleging credit abuse.

*Hidden Wireless Telephone Fees*
**San Mateo County Superior Court**
CPM filed a class action lawsuit against AT&T Wireless, Sprint and Cingular Wireless for illegally charging subscribers for services, including "local number portability" fees, even though the services are not available.  The case went to the Court of Appeal and is now back in the Superior Court.

*In re: Hewlett-Packard Inkjet Printer Litigation*
**USDC, Northern District of California**
CPM represented consumers who have been deceived by inaccurate low-on-ink warnings on Hewlett-Packard Inkjet Printers. The low-on-ink warnings appear even when there is a substantial amount of ink remaining in the ink cartridges, thereby misleading consumers into unnecessarily buying expensive ink cartridges.

*Rich v. Hewlett-Packard*
**USDC, Northern District of California**
CPM represented consumers in a class action lawsuit against Hewlett-Packard, which has designed its printers to use color ink even when printing in black and white.  Hewlett-Packard does not disclose this design to consumers, who are forced to buy expensive color ink cartridges even when they only print simple black and white documents.

*Citigroup*
**San Francisco County Superior Court**
CPM filed a consolidated class action on behalf of mortgage "packing" and "flipping" victims. Nationwide class certification for settlement purposes, and final approval of settlement, 2003.

12

*Ameriquest*
**San Mateo County Superior Court**
CPM filed a "Bait and Switch" class action on behalf of mortgage borrowers.   Class certified for all purposes in 2003.  (Settled 2005).
*Northern Trust Bank of California*
**Los Angeles County Superior Court**
CPM filed a class action on behalf of beneficiaries of fixed-fee trusts charged excess trustee fees over a 21-year period.  Class certification for settlement purposes and final approval of settlement, 2005.

*Old Republic*
*Wisper v.  Old Republic Title Co.*
*Verges v.  Old Republic Title Co.*
**San Francisco County Superior Court**
CPM was Lead and liaison counsel in consolidated consumer class action against title company for unfair business practices regarding fee overcharges and "cost avoidance" relationships with banks.  Class certified for all purposes.  Verdict of $14 million in 2001.

*Household Lending*
**USDC, Northern District of California**
CPM filed a nationwide class action on behalf of predatory lending victims.  Class certification for all purposes, 2003.  Final approval of settlement, 2004.

*Fairbanks Capital Corp.*
**USDC, District of Massachusetts**
CPM filed a nationwide class action against mortgage loan servicing company for charging various improper fees, costs, and charges.  Class certification for settlement purposes and final approval of settlement, 2004.

*Massachusetts General Life Ins. Co.*
**Santa Clara County Superior Court**
CPM filed a "vanishing premium" class action on behalf of life insurance policyholders.  Class certified for all purposes, 1999.

*Commonwealth Life Ins.  Co.*
**Alameda County Superior Court**
CPM filed a consumer fraud class action against provider of reverse mortgages to elderly consumers. Class certified on Business and Professional Code Violation for all purposes.

*Transamerica HomeFirst, Inc.*
**San Mateo County Superior Court**
**69 Cal.  App.  4th 577 (1999)**
CPM filed a consumer fraud class action against provider of reverse mortgages to elderly consumers. Class certified on Business and Professional Code Violations for all purposes.

13

*Stewart Title Co. of California*
**San Mateo County Superior Court**
CPM represented 115 individual plaintiffs in 81 consolidated cases arising from pyramid scheme fraud relating to fractionalized deeds of trust.

*In re Louisiana-Pacific Corp.  Inner-Seal OSB Trade Practices*
*Agius v. Louisiana-Pacific Corp.*
**USDC, Northern District of California**
CPM filed a nationwide product defect/Lanham Act class action on behalf of owners and operators of building and homes with defective and improperly certified oriented strand board wood sheathing.  (Settled 1998).

*Executive Life*
**Los Angeles County Superior Court**
CPM filed an action by Insurance Commissioner on behalf of failed insurance company (Filed April 1991); also filed as a class action.  (Settled 1995).

*Goodyear Tire & Rubber Co.*
**USDC Southern District of California**
CPM filed a class action on behalf of franchisees for unfair business practices.  (Settled 1996).

*First Capital Holdings*
**San Diego County Superior Court**
CPM filed a class action on behalf of policy holders of failed insurance company.  (Settled 1993).

*Fidelity Federal Bank*
**USDC, Central District of California (1993)**
**824 F. Supp.  909**
**9th Circuit Court of Appeals (1996)**
**91 F. 3d 75**
CPM filed a class action on behalf of adjustable-rate mortgage borrowers.

*In re: Diet Drugs (Phentermine, Fenfluramine, Dexfunfluramine) Products Liability***Los Angeles County Superior Court**
**USDC, Eastern District of Pennsylvania**
CPM filed a consumer fraud and product liability individual actions on behalf of approximately 100 individuals.

*Prop. 103 Calfarm Ins. Co. v. Deukmejian*
**48 Cal. 3d 805 (1989)**
CPM filed a lawsuit on behalf of Ralph Nader and his organization regarding Proposition 103 (rate controls on insurance carriers).



# Mark C. Molumphy

**Partner**

San Francisco Bay Area
650.697.6000
mmolumphy@cpmlegal.com



**Mark C. Molumphy**, a partner at Cotchett, Pitre & McCarthy, LLP, is a native of the Bay Area, born in San Mateo, California.

Mark has served as lead trial counsel in many of America's most prominent cases and, during his extensive career, recovered over **one billion dollars** for his clients. Today, Mark is considered one the nation's most accomplished trial attorneys in securities, corporate governance, and data security and privacy.

In 2025, Molumphy received the prestigious California Lawyer Attorney of the Year award from the Daily Journal, in recognition of his groundbreaking work in the Safelite whistleblower litigation, exposing a years-long scheme to overbill insureds across the country. Molumphy obtained a **$31 million** settlement, the largest individual insurance fraud act recovery in history.

Mark's string of historic results earned him recognition on the Daily Journal's distinguished list of the Top 100 Attorneys in California. Mark is also regularly included in Super Lawyer's list of the Top 100 Lawyers in Northern California, America's Top 100 High Stakes Litigators, The National Trial Lawyers Top 100, and Irish Legal 100. Mark was also named to Lawdragon's 500 Leading Plaintiff Financial Lawyers and received the prestigious ranking in Securities for California from Chambers.

Mark currently serves as co-lead counsel in several noteworthy class actions, litigating issues of first impression. As lead counsel in the Twitter Litigation, Molumphy is pursuing a class action against Elon Musk for driving down Twitter's share price with his tweets after agreeing to purchase the company. In the Plastic Pollution Litigation, Molumphy defeated motions to dismiss public nuisance claims against the country's largest plastic container manufacturers for polluting California waterways. IN the Wells Fargo Derivative Litigation, Molumphy beat back motions to dismiss claims related to discriminatory hiring and lending practices. The Twitter, Plastic Pollutions, and Wells Fargo cases are all set for trial in 2026.

In the *Apple Device Performance Litigation,* after years of litigation, Mark successfully negotiated a **$500 million** settlement – the largest all-cash recovery in a computer intrusion case in history – on behalf of a class of approximately 100 million iPhone users.

Mark also served as co-lead counsel in *In re Zoom Video Communications, Inc. Privacy Litigation*, representing a nationwide class of over 100 million Zoom users, alleging that Zoom failed to encrypt Zoom meetings, improperly shared user information, and left many exposed to "Zoombombing" by unauthorized third parties in violation of privacy and unfair competition

## Practices

Consumer Protection Class Actions

Intellectual Property

Municipal & Public Entity Litigation

Privacy and Data Breach

Securities / Financial Fraud

Shareholder Rights / Corporate Governance

## Education

University of California, Berkeley, B.S. (1989)

Economic Studies, Edinburgh University, Edinburgh, Scotland

University of San Francisco, School of Law, J.D. (1993)

## Admissions

California

California Supreme Court

United States Supreme Court

Ninth Circuit Court of Appeals

Northern, Eastern, Central and Southern Districts of California

© Cotchett, Pitre & McCarthy, LLP



laws. In August 2021, the parties announced a settlement requiring Zoom to pay *$85 million* in cash compensation and implement comprehensive reforms to its business.

Mark has led many of the most prominent securities class actions. In 2023 alone, Mark helped negotiate settlements of behalf of shareholders of Eventbrite (**$19.25 million**) and MicroFocus (**$107.5 million**). Mark negotiated multi-million dollar settlements on behalf of former shareholders of Bay Meadows Race Track, mutual fund shareholders of Janus, and investors purchasing shares in the initial public offerings of Alibaba (*$75 million*) and LendingClub (*$125 million*), two of the largest IPO class action settlements in history. Mark served as Lead Counsel in the Freddie Mac preferred shareholder securities litigation, following the government's historic takeover in 2008, and represented numerous cities and counties in California related to their investment losses in Lehman Brothers, Washington Mutual and AIG, amongst others.

Mark has also led some of the largest shareholder derivative actions in the nation, including as co-lead counsel for the Trustee of the Fire Victims Trust, assigned PG&E's rights to pursue action against its own officers and directors relating to the 2017 North Bay Fires and 2018 Camp Fire. The case recently settled for **$117 million**, one of the largest direct recoveries ever against company directors. Mark previously worked on the PG&E shareholder derivative action arising from the San Bruno gas pipeline explosion, resulting in a *$90 million* recovery, one of the largest derivative Settlements in U.S. history, as well as extensive reforms to PG&E's underground gas transmission systems to protect customer safety.

Mark was honored as a finalist for the Consumer Attorneys of California Attorney of the Year, based on his work as lead counsel for a nationwide class of investors in Medical Capital, a medical receivable company which operated a massive Ponzi scheme that targeted elderly investors. After convincing the federal court to reject a paltry settlement negotiated by the SEC, Mark obtained *$173 million* in settlements on the eve of trial, which remains the largest Ponzi scheme recovery in California history.

Mark has extensive experience in complex actions based on cutting edge legal issues, and cases ranging from consumer products to elderly financial abuse to environmental protection, including *In re Wells Fargo & Co. Derivative Litigation* (fictitious accounts and sales practices) and *Smith v. Merrill Lynch* (Orange County Bond Litigation).

Over almost three decades of practice, Mark's work has resulted in the recovery of hundreds of millions of dollars and the implementation of novel governance reforms for public and private companies alike, as well as their shareholders.

Mark is active in *pro bono* work and community affairs. He was a long time director and currently serves as a volunteer for the Legal Aid Society of San Mateo County, which provides free legal services to low-income children, families and seniors. He also has been appointed counsel by the Federal Court as part of the court's *pro bono* program. Mark currently serves as a volunteer coach for Special Olympics, and a member of the Board of Bay Scholars, which provides financial and personal support to low-income Bay Area students, access to private college prep education, and assistance in enrolling in college.

Mark was also honored with the "Angel Award" by the Parca Auxiliary, a private nonprofit organization that serves people with developmental disabilities and their families in the Bay Area. See Parca Auxiliary Press Release PDF.

Mark remains very active in local county and federal bar associations. He was selected by the San Mateo County Superior Court to serve on Court's complex court committee which helped open a new complex courthouse and draft initial rules and forms used in the County's complex department. He is also a lifetime member of the San Mateo County Bar Association and past President of both the County Bar's Barrister's Committee and Business Litigation Committee. He is currently on the Board of Governors of the Association of Business Trial Lawyers. He is also an officer of the Northern District of California's Chapter of the Federal Bar Association, as well as the FBA's securities section.

## Experience

CPM Investigates Underpayments of Crude Oil Royalties by Oil Companies

# Mark C. Molumphy

*RE: In re Wells Fargo & Co. Hiring Practices Derivative Litigation*

## Honors & Recognitions

Top 100 Attorneys in California, Daily Journal (2020)

The National Trial Lawyers: Top 100 (2020-2025)

Top 100 Northern California Super Lawyers (2015-2025)

Community Service Award by the Jack Berman Advocacy Center of the American Jewish Congress for work on the landmark 101 California Shooting Litigation (1996)

Parca's Angel Award (2008)

Consumer Attorneys of California Attorney of the Year Finalist (2014)

Chambers, Ranked, Securities - California (2022-2025)

LawDragon, 500 Leading Plaintiff Financial Lawyers (2019, 2020, 2021, 2022, 2025)

Irish Legal 100 (2017-2025)

## Publications

Punitive Damages: How Much Is Enough?

## In the News

26 Feb 2025
Plaintiff Brian Williams, States of California and Illinois, Reach Settlement with Defendants Safelite Group, Inc., Safelite Solutions LLC, and Safelite Fulfillment, Inc.

04 Dec 2024
CPM Announces Court Grants Final Approval of $200 Million Settlement in Uber IPO Class Action

23 Sep 2024
Wells Fargo Directors Ordered to Respond to Unfair Lending Suit

22 Jul 2024
California Court Orders Safelite AutoGlass to Answer Whistleblower Complaint Alleging Rampant Insurance Fraud; Case Set for September 2025 Trial

18 Jul 2024
Court Greenlights Landmark Plastic Pollution Lawsuit Against Procter & Gamble, Coca-Cola, PepsiCo and Major Consumer Goods Companies

12 Jun 2024
CPM Attorneys Recognized as 2024 Lawdragon 500 Leading Plaintiff Financial Lawyers

# Mark C. Molumphy

08 Jan 2024

Cotchett, Pitre & McCarthy Announces Commencement of Distribution of Historic Settlement to Apple iPhone Consumers Impacted by Software Throttling

03 Jan 2024

Illinois Court Unseals Whistleblower Complaint Alleging Insurance Fraud Against Safelite Autoglass

11 Dec 2023

Musk Ordered to Respond to Lawsuit by Shareholders

03 Oct 2023

Wells Fargo Shareholder Sues Bank's Executives for Sham Interview and Hiring Practices to Increase Workforce Diversity

09 Aug 2023

Cotchett, Pitre & McCarthy Announces Ninth Circuit Dismisses Appeal Allowing Historic Settlement to be Distributed to Apple iPhone Consumers Impacted by Software Throttling

28 Feb 2023

Cotchett, Pitre & McCarthy Ranked One of the Top Securities Law Firms Nationwide by Institutional Shareholder Services

05 Jul 2022

CPM Attorneys Selected to 2022 Super Lawyers and Rising Stars List

06 Jun 2022

Major Plastic Consumer Goods Companies Must Face Pollution Lawsuit Impacting California Waterways

21 Apr 2022

Federal Court Grants Final Approval of Historic Privacy Settlement for Zoom App Users Nationwide

02 Aug 2021

Historic Privacy Settlement Reached for Zoom App Users Nationwide

23 Jul 2021

Court Orders Gilead to Pay Attorneys' Fees and Expenses to Shareholders, Finding Corporation Engaged in "Glaringly Egregious" Conduct

07 Jul 2021

17 CPM Attorneys Honored as Northern California Super Lawyers and Rising Stars

24 Feb 2021

Cotchett, Pitre & McCarthy, LLP Files Lawsuit on Behalf of Justice John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust, Against Certain PG&E Officers and Directors

21 Oct 2020

CPM Helps Android Device Users Sue Google and Alphabet for Antitrust Violations

13 Mar 2020

Cotchett, Pitre & McCarthy's Securities Practice Ranked Amongst Top 10 Firms In North America

28 Feb 2020

CPM Helps Apple iPhone Consumers Impacted by Software Throttling Reach Historic Settlement

2020

CPM Helps Earth Island Institute Take on Big Plastic

YAHOO SETTLEMENT NOTICE

© Cotchett, Pitre & McCarthy, LLP

28 Nov 2018

CPM Partners McCarthy, Molumphy & Murphy Named to the Irish Legal 100

15 May 2018

Judge Appoints CPM Founder Joe Cotchett as Co-Lead Counsel in the Apple Device Battery Throttling Case

22 Mar 2018

CPM Files Shareholder Lawsuit Against Facebook Directors Following Massive Data Breach Impacting 50 Million Facebook Users

05 Sep 2017

CPM Files Lawsuit Against Wells Fargo Officers and Directors Relating to Auto and Home Loan Practices

INTUITIVE SURGICAL SECURITIES LITIGATION NOTICE OF SETTLEMENT

PG&E DERIVATIVE LITIGATION NOTICE OF SETTLEMENT

26 Apr 2017

CPM Client Shareholders File Opposition To Wells Fargo Motion Regarding Illegal Sales Practices, Ask For Case To Move Forward On Its Merits

21 Apr 2017

CPM Secures $90 Million Settlement in PG&E San Bruno Explosion Case

16 Mar 2017

CPM Files Shareholder Lawsuit After Yahoo Senior Executives Fail to Disclose Russian Hacks of Customer Accounts

08 Mar 2017

CPM Files Lawsuit Against Yahoo! Executives and Verizon Relating to Massive Data Breaches

22 Sep 2016

CPM Files Lawsuit Against Wells Fargo Executives and Board Members for Creation of Over 2 Million Phony Accounts which Defrauded Consumers

19 Jul 2016

Multiple CPM Litigators Recognized as Northern California Super Lawyers 2016

21 Sep 2015

After Considering CPM Argument, Court Orders JPMorgan, Jamie Dimon, to Produce Emails in Shareholder Derivative Case

28 Aug 2015

Court Orders PG&E Directors to Answer, Allowing CPM Client Shareholders' Suit to Proceed

16 Jul 2015

Multiple Cotchett, Pitre & McCarthy Lawyers Honored as Super Lawyers For Northern California

16 Mar 2015

Federal judge pushes Hewlett-Packard to resolve Autonomy lawsuit

CPM Helps Fedex Shareholder Sue Over the Illegal Delivery of Online Pharmacueticals

CPM's Consolidated Shareholder Derivative Lawsuit Moves Ahead Against PG&E Officers and Directors

CPM Pursues Google, Apple & Intel Litigation Involving Alleged Breach of Duties by Boards

© Cotchett, Pitre & McCarthy, LLP

**Mark C. Molumphy**

17 Oct 2014
CPM Prosecutes Silicon Valley Trial

CPM Files Investors' Action Against Oportun Financial Corp.

Update: FedEx Faces Criminal Penalty for the Illegal Delivery of Online Pharmaceuticals

2013
CPM Files Consolidated Shareholder Derivative Lawsuit Against PG&E Officers And Directors

23 Sep 2013
CPM Files Complaint on Behalf of PG&E Against Its Officers and Directors for Breach of Their Fiduciary Duties

19 Aug 2013
In CPM Class Action, Court Certifies Class Consisting of All Lowe's Installers in California Who Were Misclassified as Independent Contractors as Opposed to Employees

24 Jul 2013
Multiple CPM Lawyers Named to Super Lawyers Annual List for Northern California

30 Apr 2013
CPM Helps Investors Reach Landmark Settlement with Wells Fargo in Medical Capital Ponzi Scheme Actions

2013
CPM Appointed Lead Counsel for Securities Derivative Action In HP-Autonomy Deal

06 Feb 2013
Court Allows CPM's BP Securities Lawsuit to Move Forward

19 Dec 2012
CPM Files Derivative Complaint on Behalf of HP Shareholder Against HP Board of Directors

15 Oct 2012
CPM's California Investors' Lehman Collapse Suit Moves Forward

CPM Named as Super Lawyers 2012

Multiple CPM Attorneys Named to Super Lawyers 2011 List

Multiple CPM Attorneys Named to Prestigious Super Lawyers 2010 List

## Blog Posts

16 Jul 2018 | Advocates for Justice
Defrauded Investors May Lose Their Right to Recovery: Trump Administration Pushes for Regulatory Changes that Would Allow Companies to Avoid Securities Class Actions Through the Use of Mandatory Arbitration Agreements

26 Mar 2018 | Advocates for Justice
Supreme Court Upholds Right to Bring Securities Act Class Actions in State Court



# Mark C. Molumphy

### Civic

Legal Aid Society of San Mateo County, Board of Directors and Volunteer

### Professional

American Bar Association

State Bar of California

Association of Business Trial Lawyers

Association of Trial Lawyers of America

University of San Francisco Inns of Court

San Mateo County Bar Association

Court Appointed Arbitrator for the County of San Mateo

Legal Aid Society of San Mateo County

Federal Bar Association



# Thomas E. Loeser

**Managing Counsel of Seattle Office**

Seattle
206.802.1272
tloeser@cpmlegal.com

**Tom Loeser** is Managing Counsel in the firm and licensed in California, Washington and the District of Columbia. Tom works primarily in the Seattle office but also from the Burlingame office, where he represents consumers in technology-related class action and other complex cases. Tom is a Martindale-Hubbel *AV Preeminent Rated Superlawyer* and member of *Law Dragon's 500 Leading Plaintiffs Consumer Lawyers* and *500 Leading Plaintiffs Financial Lawyers.* Mr. Loeser adds a hard science, and a high-technology career to his 26 years of litigation, including 19 years in class actions and five years as a federal cyber-prosecutor. Mr. Loeser's technology career included an MBA, writing code for the Treasury at Microsoft, a financial analyst position at the Hewlett-Packard Company and technology licensing in Silicon Valley.

In 2002, Mr. Loeser was appointed an Assistant United States Attorney in Los Angeles where after two years of prosecuting all manner of federal crimes, he joined the elite Cyber and Intellectual Property Crimes Section. This role required years of training in the investigation and prosecution of hacking, computer intrusion, cyber-stalking, online child-predation, malware, cyber-extortion and data breach cases. The training was cutting edge, requiring Top Secret clearances, and it was ongoing throughout Mr. Loeser's government service. Mr. Loeser resolved hundreds of criminal cases—including federal hacking, child predation and data theft cases—and brought over a dozen federal cases to trial and through appeal.

Mr. Loeser's practice has included the prosecution and resolution of dozens of complex actions against the titans of industry, including social media, gaming, online messaging, national banks, insurers, builders, title companies, carmakers, mortgage lenders, trucking companies and nationwide retailers. Mr. Loeser specializes in the prosecution of cases that are not just complex because of the legal and procedural issues involved, but also because of the technological sophistication of the products, services or bad acts underlying the legal claims.

Mr. Loeser has worked extensively on many of the largest consumer class cases in U.S. history. These include legion auto defect cases such as the $10 billion *Volkswagen "Clean Diesel"* MDL and the related $1.3 billion *Volkswagen Franchise Dealer* litigation. Mr. Loeser has worked on dozens of privacy and data theft cases including the antitrust case against Meta for its abusive collection of consumer data, and leadership roles in the massive 2022 T-Mobile data breach case, the AT&T Data breach affecting 75 million past and present customers, the GM OnStar vehicle tracking litigation and cases against PayPal, Rakuten and RetailMeNot for theft of commissions due online influencers. Mr, Loeser's role in these cases touches on all aspects of litigation, including leadership, strategy, discovery, depositions, legal briefing and settlement.

## Practices

Consumer Protection Class Actions

False Claims / Whistleblower Law

False Claims Act

Intellectual Property

Privacy and Data Breach

Shareholder Rights / Corporate Governance

Technology and Consumer Protection

## Education

Duke University School of Law, J.D., magna cum laude, Order of the Coif, Articles Editor Law and Contemporary Problems, 1999

University of Washington, M.B.A., cum laude, Beta Gamma Sigma, 1994

Middlebury College, B.A., Physics with Minor in Italian, 1988

## Admissions

California

District of Columbia

Washington

© Cotchett, Pitre & McCarthy, LLP

Mr. Loeser's work has garnered praise from the plaintiffs class action bar, who regularly ask him to speak at class action conferences, and from judges, including Judge Beth Labson Freeman in San Jose who remarked on the record:

> "It's not simple, you make it look easy, and that's the art of what you do, Mr. Loeser, and the Court certainly appreciates the good work in this case, and in recognition of the many cases that your firm has handled over the years."
>
> *Dean Sheikh et al v. Tesla, Inc. Final Approval of Settlement Hearing, The Honorable Beth Labson Freeman, United States District Judge for the Northern District of California San Jose Division.*

Outside of work Tom enjoys time with his family cycling, skiing, snowboarding, surf-foiling, and in all manner of ocean activities.

## Experience

CPM Investigating Live Nation Data Breach

CPM Investigating Adobe for Deceptive Practices with Subscriptions and Inflated Termination Fees Preventing Consumers from Cancelling

CPM Investigating Ascension Health Data Breach

CPM Investigating the Anne Arundel Dermatology Data Breach

CPM Investigating HealthEquity Data Breach

CPM Investigating Pacific Healthworks and La Perouse Data Breach

CPM Investigating Kootenai Health Data Breach

CPM Investigating Allegations of Unfair Practices Involving Conditional Scholarships Offered by Law Schools

CPM is Investigating Unfair Practices by Visa

CPM Investigating Stellantis, Owner of Jeep Wrangler and Gladiator, for a Defect Affecting Fire Hazards to Thousands of Car Owners

CPM Investigating ConnectOnCall Data Breach

CPM Investigating PayPal's Honey Browser Extension for Possibly Stealing Referral Fees

CPM Investigating NZXT's Computer Rental Practices for Possible Consumer Fraud

CPM Investigating Allstate's Allegedly Illegal Driver Behavior Database

CPM Investigating New York University Data Breach

CPM Is Investigating General Motors for Sharing Driving Behavior With Data Brokers Without Knowing Consent from Drivers

CPM Investigating Oracle Data Breach

CPM Investigating Doxo Billing Service Fraud

# Thomas E. Loeser

Apple AI False Advertising Litigation

CPM Investigates Episource Healthcare Data Breach

CPM is Investigating TikTok for Possible Violations of Federal Law in the Collection of Information About Children

CPM Investigates Finastra Technology, Inc. Data Breach

CPM Investigating Grok

CPM Investigating Allianz Life Data Breach

CPM Investigating Akeela Health Data Breach

CPM Investigating Major Discord Data Breach Affecting A Large Number of Discord Users and Children

CPM Is Investigating Kroger Grocery Stores for False Sale Tag Prices

CPM Investigating Massive Data Breach at Hot Topic and Torrid

Hyundai AutoEver America Data Breach Investigation

Doxo Online Bill-Pay Fraud Litigation

PayPal Honey Affiliate Commission Theft Litigation

RetailMeNot Affiliate Commission Theft Litigation

Rakuten Affiliate Commission Theft Litigation

CPM Investigating AT&T Data Breach Affecting 73 Million Current and Former AT&T Customers

NZXT Computer Rental Fraud Litigation

John Muir Health Drug Test Overcharge Litigation

Salesforce AI Copyright Infringement Litigation

CPM Investigating Aflac Data Breach Affecting Millions of Insurance Customers

## Honors & Recognitions

Martindale-Hubbell® AV Preeminent rating, 2016-2024

Lawdragon 500 Leading Lawyers in America, Plaintiff Financial Lawyers, 2020-2025

Leading Plaintiff Consumer Lawyers, Lawdragon, 2019

© Cotchett, Pitre & McCarthy, LLP

# Thomas E. Loeser

Lawdragon 500, Lawdragon, 2019

Washington Super Lawyers, 2016-2024

The National Trial Lawyers: Top 100, 2019-2024

Top Attorneys in Washington, Seattle Met magazine, 2016-2019

## Publications

20 Feb 2025
The Price of Modern Gold: Why Tom Loeser is Expanding Cotchett, Pitre & McCarthy's Technology Group's Offices in Seattle

## In the News

12 Jun 2024
CPM Attorneys Recognized as 2024 Lawdragon 500 Leading Plaintiff Financial Lawyers

© Cotchett, Pitre & McCarthy, LLP

![CPM – Cotchett Pitre & McCarthy LLP]



# Karin B. Swope
## Managing Counsel of Seattle Office

Seattle
206.802.1272
kswope@cpmlegal.com

**Karin Swope** is the Managing Counsel of the Seattle office of Cotchett, Pitre & McCarthy, LLP where she represents clients in nationwide antitrust and consumer protection litigation, securities litigation, privacy litigation and intellectual property counseling. Karin has represented clients for over 30 years in proceedings in state and federal courts across the country. She helps consumers fight against unfair and deceptive practices and has helped to change consumer protection law in the process.

Karin has served as lead counsel in prominent breach of fiduciary duty or securities matters against some of the country's largest and most prominent financial institutions, including Regions Bank, Washington Mutual, and State Street Bank and Trust. In the State Street Bank and Trust matter, Karin secured an $89.75 all-cash settlement for class members. *In re State Street Bank & Trust Co. ERISA Litig*, 1:07-cv-09687-RJH (S.D.N.Y. Filed Aug. 22 2008). Karin also represented several of the Federal Home Loan Banks in sprawling litigation against underwriters, issuers, and sponsors of mortgage-backed securities valued at approximately $13 billion.

She has extensive experience litigating highly complex antitrust, consumer fraud and other class actions, with a particular focus on technology issues given her intellectual property background. She litigates against the largest technology companies in the country, including serving as co-lead counsel or on the executive committees in the *In re Apple Device Performance Litigation* No. 18-MD-2827 (N.D. Cal.), *Google RTB Consumer Privacy Litigation* No. 21-CV-02155 (N.D. Cal.); *In re Zoom Video Communications, Inc. Privacy Litigation* No. 20-cv-02155 (N.D. Cal) and *In re Bank of America Unemployment Benefits Litigation* No. 21-md-2992 (S.D. Cal.). CPM secured a class settlement amount of $310 million, with a maximum class settlement amount of $500 million in *In re Apple Device Performance Litigation*, which was a historic settlement amount.

She has served as an attorney for co-lead or as co-lead in antitrust actions including Google Play Consumer Antitrust Litigation, No. 20-cv-05761, (N.D. Cal.) and In re Shale Oil Antitrust Litigation, No. 24-MD-3119 (D. N.M.). CPM, along with the states, secured a class action settlement amount of $700 million for consumers and states in the *Google Play Consumer Antitrust Litigation*, which brought claims that Google inflated app store prices.

She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation. She has represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty. Representative cases

## Practices

Antitrust & Global Competition

Consumer Protection Class Actions

Environmental Law

Intellectual Property

Privacy and Data Breach

Securities / Financial Fraud

Technology and Consumer Protection

## Education

**Amherst College,** B.A., *magna cum laude*, Phi Beta Kappa

**Columbia Law School,** J.D., Harlan Fiske Stone Scholar
Executive Articles Editor, *Columbia Human Rights Law Review,* Paul Bernstein Scholarship Recipient

## Admissions

1994, Washington

1997, U.S. District Court for the Western District of Washington

1997, U.S. Court of Appeals for the Ninth Circuit

2006, U.S. District Court for the Northern District of California

2006, U.S. District Court for the Central District of California

2007, U.S. Court of Appeals for the Second Circuit

2009, U.S. District Court for the Western District of Tennessee

2010, U.S. Patent and Trademark Office

2010, U.S. District Court for the Middle District of



# Karin B. Swope

include *In re Slack Securities Litigation* and *John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust v. Williams et al.*

Karin is currently and has served as Adjunct Professor at Seattle University School of law for over 17 years, where she teaches Copyright Law and in the Intellectual Property Art Law Clinic. She has previously served as President of Executive Committee of the Intellectual Property Section of the Washington State Bar Association and is currently a member of the Western Washington Federal Bar Association Local Rules Committee. She has presented and/or co-chaired numerous CLE's on topics ranging from E-Discovery practices to Intellectual Property. Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit.

## Experience

CPM Investigating Adobe for Deceptive Practices with Subscriptions and Inflated Termination Fees Preventing Consumers from Cancelling

CPM is Investigating Unfair Practices by Visa

CPM Investigating Stellantis, Owner of Jeep Wrangler and Gladiator, for a Defect Affecting Fire Hazards to Thousands of Car Owners

CPM Investigating PayPal's Honey Browser Extension for Possibly Stealing Referral Fees

CPM Investigating NZXT's Computer Rental Practices for Possible Consumer Fraud

Doxo Online Bill-Pay Fraud Litigation

PayPal Honey Affiliate Commission Theft Litigation

RetailMeNot Affiliate Commission Theft Litigation

Rakuten Affiliate Commission Theft Litigation

NZXT Computer Rental Fraud Litigation

Salesforce AI Copyright Infringement Litigation

Apple AI False Advertising Litigation

CPM is Investigating TikTok for Possible Violations of Federal Law in the Collection of Information About Children

CPM Investigating Massive Data Breach at Hot Topic and Torrid

CPM Investigates Copyright Infringement By Salesforce in Training its Artificial Intelligence Models

Florida

2010, U.S. Court of Appeals for the Eleventh Circuit

2010, U.S. Supreme Court

2015, U.S. Court of Appeals for the Tenth Circuit

2022, U.S. District Court for the Eastern District of Michigan

## Clerkships

Honorable John C. Coughenour, U.S. District Court for the Western District of Washington,

Honorable Robert E. Cowen, U.S. Court of Appeals, Third Circuit



# Karin B. Swope

CPM Investigates Copyright Infringement By Meta in Training its Artificial Intelligence Models

CPM Is Investigating Kroger Grocery Stores for False Sale Tag Prices

## Honors & Recognitions

Selected to Rising Stars and Super Lawyers lists in *Super Lawyers - Washington*, 2016, 2018-2022

## In the News

04 Oct 2023
Consumers Sue Amazon for Inflated Prices and Anticompetitive Misconduct

13 Mar 2023
The San Mateo County Board of Education and the San Mateo Superintendent of Schools File Landmark Suit Against Social Media Companies

28 Feb 2023
Cotchett, Pitre & McCarthy Ranked One of the Top Securities Law Firms Nationwide by Institutional Shareholder Services

21 Apr 2022
Federal Court Grants Final Approval of Historic Privacy Settlement for Zoom App Users Nationwide

07 Jan 2022
CPM Defeats Amazon's Motion to Dismiss In Consumer Class Action For Unfair or Deceptive Marketing of Batteries

02 Aug 2021
Historic Privacy Settlement Reached for Zoom App Users Nationwide

© Cotchett, Pitre & McCarthy, LLP



# Tyson C. Redenbarger

**Partner**

San Francisco Bay Area
650.697.6000
tredenbarger@cpmlegal.com

**Tyson Redenbarger** is a Partner at Cotchett, Pitre & McCarthy LLP practicing in a wide range of civil litigation areas including class actions and complex civil litigation. In 2022, Tyson was listed by the Daily Journal as one of the "Top 40 Under 40" attorneys in California.

Tyson has served as lead plaintiffs' counsel in numerous consumer and securities class actions in both state and federal courts. Tyson recently served as part of the litigation team in *Boston Retirement Systems v. Uber Technologies, Inc.* (N.D. Cal.)—a federal securities case involving claims that Uber issued false and misleading statements concerning its $8.1 billion IPO. In December of 2024, the court approved a $200 million recovery for Uber shareholders—one of the largest settlements ever for such a case. Tyson has also served as an attorney for Lead Counsel in several state securities actions, including In re *Eventbrite, Inc. Shareholder Litigation* and *In re Microfocus International PLC Securities Litigation*, representing hundreds of thousands of investors. Tyson also recently served as an attorney for Lead Counsel in *In re Apple Inc. Device Performance Litigation* (N.D. Cal.), representing millions of iPhone owners across the United States. The District Court recently approved the class settlement of $310 million in that multidistrict litigation. Other cases include breach of fiduciary duty suits (*John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust v. Williams et al.*, which settled for $117 million), consumer privacy suits (*In re Zoom Video Communications, Inc. Privacy Litigation,* settled for $85 million) and environmental suits, including a pollution suit brought on behalf of the citizens of California against the top ten plastic producers. Tyson also works on derivative shareholder cases, including cases representing shareholders of Wells Fargo, Facebook, Gilead, and We Work.

Prior to joining CPM, Tyson worked for a tenant rights law firm in San Francisco, representing tenants who were wrongfully evicted and tenants living in uninhabitable conditions. Tyson handled several jury and bench trials, including two class action trials where he successfully obtained significant recovery for tenants who were impacted by a delayed condominium conversion.

Tyson received his Juris Doctor degree from Santa Clara University School of Law. While in law school, he participated in the Honors Moot Court program, served as a senior editor of the International Law Journal, and volunteered at the Katharine and George Alexander Community Law Center, where Tyson assisted low-income clients with consumer and debt collection disputes.

## Practices

Securities / Financial Fraud

Consumer Protection Class Actions

Environmental Law

Shareholder Rights / Corporate Governance

## Education

Santa Clara University School of Law, J.D. 2013

University of Colorado, B.F.A. 2007

## Admissions

California

U.S. District Court for Northern California

© Cotchett, Pitre & McCarthy, LLP



# Tyson C. Redenbarger

## Experience

- Tyson worked extensively on the *In Re Apple Device Performance litigation*, in which Apple agreed to pay up to **$500 million** to settle. Tyson was part of the co-lead counsel team that was responsible for plaintiffs' discovery, including defending class representatives at deposition and coordinating discovery from more than 100 named plaintiffs.

- Tyson represented the nationwide class of over 100 million Zoom users, alleging that Zoom failed to encrypt Zoom meetings, improperly shared user information, and left many exposed to "Zoombombing." The case, *In re Zoom Video Communications, Inc. Privacy Litigation*, alleged that Zoom violated the privacy of its users and engaged in unfair competition by claiming its services were encrypted when they were not. In August 2021, Zoom agreed to settle the case, paying **$85 million** in cash compensation and implementing comprehensive reforms to its business.

- Tyson has also worked on numerous securities class actions. In 2023, Tyson helped negotiate settlements on behalf of shareholders of Eventbrite (**$19.25 million**) and MicroFocus (**$107.5 million**).

- Tyson has also contributed to some of the largest shareholder derivative actions in the nation, including serving with co-lead counsel for the Trustee of the Fire Victims Trust, assigned PG&E's rights to pursue action against its own officers and directors relating to the 2017 North Bay Fires and 2018 Camp Fire. That case recently settled for **$117 million**, one of the largest direct recoveries ever against company directors.

- Tyson represented Gilead shareholders in a trial over Gilead's refusal to produce internal records relating to Gilead's development and marketing of AIDS drugs and possible anticompetitive conduct. After more than a year of litigation and a full trial, shareholders received a major victory as the Delaware court ordered the corporation to produce the requested records and pay approximately **$1.76 million** in attorneys' fees and expenses.

- Tyson successfully represented shareholders of Sanovas, Inc. in a shareholder derivative case alleging that Sanovas's former CEO defrauded the company and stole millions of dollars from its shareholders. Plaintiffs were successful in halting all payments to the former CEO pursuant to his lucrative severance package, and Plaintiffs negotiated significant corporate reforms, including the expansion of the company's board of directors and the implementation of an independent audit committee.

- Tyson represented two tenants in a jury trial involving claims that the tenants were wrongfully evicted. The jury unanimously found that the eviction was wrongful because the owners rented the tenant's unit on Airbnb instead of living in the unit, which they were legally required to do. The jury awarded the tenants $390,000 in damages.

## Honors & Recognitions

2022 "Top 40 Under 40" attorneys in California by the Daily Journal

2021, 2022, and 2023 Northern California "Rising Star" by Super Lawyers Magazine

Pro Bono Award, Santa Clara University School of Law

## Publications

Apr 2015
The Risks of Being A Host In the Sharing-Economy



# Tyson C. Redenbarger

## In the News

26 Feb 2025

Plaintiff Brian Williams, States of California and Illinois, Reach Settlement with Defendants Safelite Group, Inc., Safelite Solutions LLC, and Safelite Fulfillment, Inc.

04 Dec 2024

CPM Announces Court Grants Final Approval of $200 Million Settlement in Uber IPO Class Action

23 Sep 2024

Surfrider, the Sierra Club, Heal the Bay, and San Francisco Baykeeper Sue Exxon for Hiding the Truth About Plastic Harms

22 Jul 2024

California Court Orders Safelite AutoGlass to Answer Whistleblower Complaint Alleging Rampant Insurance Fraud; Case Set for September 2025 Trial

18 Jul 2024

Court Greenlights Landmark Plastic Pollution Lawsuit Against Procter & Gamble, Coca-Cola, PepsiCo and Major Consumer Goods Companies

03 Jan 2024

Illinois Court Unseals Whistleblower Complaint Alleging Insurance Fraud Against Safelite Autoglass

11 Dec 2023

Musk Ordered to Respond to Lawsuit by Shareholders

03 Oct 2023

Wells Fargo Shareholder Sues Bank's Executives for Sham Interview and Hiring Practices to Increase Workforce Diversity

09 Aug 2023

Cotchett, Pitre & McCarthy Announces Ninth Circuit Dismisses Appeal Allowing Historic Settlement to be Distributed to Apple iPhone Consumers Impacted by Software Throttling

28 Feb 2023

Cotchett, Pitre & McCarthy Ranked One of the Top Securities Law Firms Nationwide by Institutional Shareholder Services

05 Jul 2022

CPM Attorneys Selected to 2022 Super Lawyers and Rising Stars List

06 Jun 2022

Major Plastic Consumer Goods Companies Must Face Pollution Lawsuit Impacting California Waterways

21 Apr 2022

Federal Court Grants Final Approval of Historic Privacy Settlement for Zoom App Users Nationwide

02 Aug 2021

Historic Privacy Settlement Reached for Zoom App Users Nationwide

23 Jul 2021

Court Orders Gilead to Pay Attorneys' Fees and Expenses to Shareholders, Finding Corporation Engaged in "Glaringly Egregious" Conduct

07 Jul 2021

17 CPM Attorneys Honored as Northern California Super Lawyers and Rising Stars

© Cotchett, Pitre & McCarthy, LLP



# Tyson C. Redenbarger

13 Nov 2020
CPM Helps Beam Financial Users Sue After Months of Withdrawal Delays

13 Mar 2020
Cotchett, Pitre & McCarthy's Securities Practice Ranked Amongst Top 10 Firms In North America

2020
CPM Helps Earth Island Institute Take on Big Plastic

## Blog Posts

19 Jun 2020 | Advocates for Justice
Are Initial Coin Offerings ("ICOs") Securities? Do ICOs have to follow Securities Laws?

21 Mar 2020 | Advocates for Justice
Common Cryptocurrency Scams and How to Avoid Them

10 Aug 2019 | Advocates for Justice
It is Illegal for Gift Certificates to Expire

## Civic

Legal Counsel for non-profit, Health & Education in Senegal

## Professional

California Bar Association

San Francisco Bar Association

San Mateo County Bar Association

Consumer Attorneys of California





# Andrew Fuller
## Senior Associate

Seattle
206.802.1272
afuller@cpmlegal.com

**Andrew Fuller** is a senior associate at Cotchett, Pitre & McCarthy LLP. His practice focuses on complex class action litigation, including antitrust, mass tort, intellectual property, employment, privacy, cybersecurity, and consumer protection matters. He represents both plaintiffs and defendants in state and federal courts, at both the trial and appellate levels, and in arbitration proceedings. Andrew has worked on appeals before the U.S. Courts of Appeals for the Ninth and Eleventh Circuits and the U.S. Supreme Court.

Prior to joining CPM, Andrew practiced for several years in New York and Florida. He also previously served as a federal judicial law clerk to the Honorable Paul C. Huck of the U.S. District Court for the Southern District of Florida. During his clerkship, Andrew worked on federal trials as well as appeals when Judge Huck sat by designation on the U.S. Courts of Appeals for the Ninth and Eleventh Circuits.

Andrew's writings on antitrust law and civil procedure have been cited in law review journals across the United States and in a leading academic treatise on antitrust law. Outside of the office, he enjoys spending time with his friends and family and hiking Washington's beautiful mountains with his Giant Schnauzer, Indy.

## Experience

CPM Investigates Finastra Technology, Inc. Data Breach

CPM Investigating Allianz Life Data Breach

Salesforce AI Copyright Infringement Litigation

Apple AI False Advertising Litigation

CPM is Investigating TikTok for Possible Violations of Federal Law in the Collection of Information About Children

## Honors & Recognitions

Law School Book Awards in Antitrust, Appellate Advocacy, Legal Drafting, Business Enterprises Survey, and Labor Law

## Practices

Antitrust & Global Competition

Commercial Litigation

Consumer Protection Class Actions

Defective Products / Mass Torts

Employment Law

False Claims / Whistleblower Law

Intellectual Property

Personal Injury & Wrongful Death

Privacy and Data Breach

Securities / Financial Fraud

## Education

University of Florida Levin College of Law, J.D., *magna cum laude* and Order of the Coif

Middlebury College, B.A., *cum laude* and honors in English and American Literature

## Admissions

Washington

New York

Florida

U.S. Court of Appeals for the Eleventh Circuit

U.S. District Court for the Southern District of New York

U.S. District Court for the Eastern District of New York

U.S. District Court for the Middle District of Florida

U.S. District Court for the Southern District of

© Cotchett, Pitre & McCarthy, LLP



# Andrew Fuller

First Place in National Antitrust Moot Court Competition

## Publications

Aug 2023

*Antitrust Enforcement Agencies Extend Comment Deadline on Proposed HSR Changes*

Jul 2023

*Supreme Court Broadens Grounds for Personal Jurisdiction Over Corporate Entities*

Jul 2023

*Federal Trade Commission Proposes Major Changes to Hart-Scott-Rodino Process*

Jun 2017

*Let the State Decide: The Efficient Antitrust Enforcer and the Avoidance of Anticompetitive Remedies*

Mar 2017

*A "Procedural Nightmare": Dueling Courts and the Application of the First-Filed Rule*

Florida

U.S. District Court for the Western District of Washington

## Clerkships

Law Clerk, Honorable Paul C. Huck, U.S District Court for the Southern District of Florida

© Cotchett, Pitre & McCarthy, LLP

# CPM
COTCHETT PITRE & McCARTHY LLP



# Ellen J. Wen
**Associate**

Seattle
206.802.1272
ewen@cpmlegal.com

**Ellen Wen** is an Associate at Cotchett Pitre & McCarthy, LLP. Her practices include Consumer Protection Class actions, False Claims/Whistleblower Law, Shareholder Rights/Corporate Governance, Antitrust & Global Competition, Environmental Law, Privacy & Intellectual Property, and Securities/Financial Fraud.

Ellen received her J.D. From the University of Washington School of Law. During law school she helped represent people who have been abused or harmed by the police or other public officials in civil rights actions as a member of the Civil Rights and Justice Clinic. Ellen also served as the Editor-in-Chief and Chief of Diversity and Inclusion of the Washington Journal of Social and Environmental Justice and served a judicial extern for Judge Tana Lin at the Western District of Washington and Justice Mary Yu at the Washington State Supreme Court.

Outside of the office, Ellen enjoys spending time with her dog and cat, traveling, hiking, dancing, and yoga. She is a board member of the Chong Wa Benevolent Association where she collaborates with community leaders to promote Chinese culture and general welfare in the community. Ellen is a dual citizen of the United States and Taiwan and speaks Mandarin Chinese.

## Experience

Associate Attorney at Commercial Litigation firm (insurance defense and insurance coverage 9/23-5/24)

CPM Investigating Stellantis, Owner of Jeep Wrangler and Gladiator, for a Defect Affecting Fire Hazards to Thousands of Car Owners

CPM Investigating the Anne Arundel Dermatology Data Breach

CPM Investigating Allegations of Unfair Practices Involving Conditional Scholarships Offered by Law Schools

CPM Investigating Massive Data Breach at Hot Topic and Torrid

CPM Investigating Aflac Data Breach Affecting Millions of Insurance Customers

Hyundai AutoEver America Data Breach Investigation

## Practices

Antitrust & Global Competition

Consumer Protection Class Actions

Environmental Law

False Claims / Whistleblower Law

Intellectual Property

Privacy and Data Breach

Securities / Financial Fraud

Shareholder Rights / Corporate Governance

## Education

University of Washington School of Law (J.D.)

Colorado College (BA)

## Admissions

Washington

Western District of Washington

Eastern District of Washington

## Clerkships

Judicial Externship with Justice Mary Yu

Judicial Externship with Judge Tana Lin at the Western District of Washington

© Cotchett, Pitre & McCarthy, LLP



Ellen J. Wen

### Civic

Chong Wa Benevolent Association



# Jacob M. Alhadeff
**Associate**

Seattle
206.802.1272
jalhadeff@cpmlegal.com

**Jacob Alhadeff** is an Associate at Cotchett Pitre & McCarthy, LLP. His practices include Consumer Protection Class actions, False Claims/Whistleblower Law, Shareholder Rights/ Corporate Governance, Antitrust, Global Competition, Environmental Law, Privacy, Intellectual Property, and Securities/Financial Fraud.

Jacob graduated from the University of Washington School of Law with honors. During law school Jacob was on Washington's Journal of Law, Technology, and Art, he was co- president of the Cyber Law Association of Washington, and published Limits of Algorithmic Fair Use. For his research on copyright, Jacob received the 2023 WSBA IP scholarship and presented at the WIP Intellectual Property Colloquium at Suffolk University. Jacob was on Moot Court Honor Board and mediated various disputes through Washington's Mediation Clinic.

Outside of the office, Jacob enjoys spending time with his friends and family, soccer, biking, and the outdoors. Jacob has summitted four of Washington's five Volcanos and prioritizes spending time in the Cascade and Olympic Mountain ranges. Before law school, Jacob spent several years working for marginalized youth and now volunteers with Big Brothers Big Sisters of Puget Sound.

## Experience

7 Years during and after my undergrad working with marginalized youth. 6-months working as an Associate Attorney for Betts Patterson & Mines.

CPM Investigating Stellantis, Owner of Jeep Wrangler and Gladiator, for a Defect Affecting Fire Hazards to Thousands of Car Owners

CPM Investigating ConnectOnCall Data Breach

CPM Investigating PayPal's Honey Browser Extension for Possibly Stealing Referral Fees

CPM Investigating NZXT's Computer Rental Practices for Possible Consumer Fraud

CPM Investigating Allstate's Allegedly Illegal Driver Behavior Database

CPM Investigating Oracle Data Breach

CPM Is Investigating Kroger Grocery Stores for False Sale Tag Prices

## Practices

Antitrust & Global Competition

Consumer Protection Class Actions

Intellectual Property

Privacy and Data Breach

Securities / Financial Fraud

Shareholder Rights / Corporate Governance

## Education

Undergraduate – Evergreen State College

Law School – University of Washington School of Law Graduated with Honors (equivalent to Magna Cum Laude)

## Admissions

Washington

© Cotchett, Pitre & McCarthy, LLP

cpmlegal.com

**Jacob M. Alhadeff**

PayPal Honey Affiliate Commission Theft Litigation

RetailMeNot Affiliate Commission Theft Litigation

Rakuten Affiliate Commission Theft Litigation

NZXT Computer Rental Fraud Litigation

CPM Investigating Massive Data Breach at Hot Topic and Torrid

Salesforce AI Copyright Infringement Litigation

Apple AI False Advertising Litigation

CPM Investigating Grok

CPM Investigates Episource Healthcare Data Breach

CPM Investigating Allianz Life Data Breach

CPM Investigating Major Discord Data Breach Affecting A Large Number of Discord Users and Children

CPM Investigates Copyright Infringement By Salesforce in Training its Artificial Intelligence Models

CPM Investigates Copyright Infringement By Meta in Training its Artificial Intelligence Models

## Honors & Recognitions

Graduated with Honors from UW Law.

## Publications

2024
Limits of Algorithmic Fair Use

## Civic

Volunteers with Big Brothers Big Sisters of Puget Sound.