The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| HAKRAE LEE and MIN KYUN PARK, Individually and on Behalf of All Others Similarly Situated, | CLASS ACTION |
| | Case No.: 2:26-cv-00047-TLF |
| Plaintiffs, | DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MEIR DAHAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
| v. | |
| COUPANG, INC., COUPANG CORP., BOM SUK KIM, GAURAV ANAND, BRETT MATTHES, and TAE KIM, | |
| Defendants. | |

DECL. ISO MOTION TO APPOINT LEAD
PLAINTIFF & APPROVE COUNSEL - 1
No. 2:26-cv-00047-TLF

**BADGLEY MULLINS TURNER** PLLC
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Meir Dahan ("Dahan"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Dahan's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel and Badgley Mullins Turner PLLC ("Badgley Mullins") as Liaison Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Chart setting forth Dahan's financial interest in the litigation;

Exhibit B: Press release published via *Business Wire* on December 18, 2025, announcing the pendency of the action styled *Barry v. Coupang, Inc. et al.*, No. 3:25-cv-10795, filed in the United States District Court for the Northern District of California;

Exhibit C: Shareholder Certification executed by Dahan;

Exhibit D: Firm resume of Pomerantz;

Exhibit E: Firm resume of Holzer; and

Exhibit F: Firm resume of Badgley Mullins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 17, 2026.

s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

DECL. ISO MOTION TO APPOINT LEAD
PLAINTIFF & APPROVE COUNSEL - 2
No. 2:26-cv-00047-TLF

**BADGLEY MULLINS TURNER** PLLC
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566