# EXHIBIT A

**Coupang, Inc. (CPNG)**
**Class Period: May 7, 2025 to December 16, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | Post-Class Shares Retained | 59-Days* Mean Price $21.0245 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | | | | | | | | | | | | | |
| Meir Dahan | 6/30/2025 | 400 | $30.1200 | ($12,048) | | | | | | | | | |
| Meir Dahan | 8/6/2025 | 500 | $28.0700 | ($14,035) | | | | | | | | | |
| **Meir Dahan** | | **900** | | **($26,083)** | | **0** | | **$0** | **900** | **($26,083)** | **900** | **$18,922** | **($7,161)** |
| | | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | | |
| Meir Dahan | 7/15/2025 | 1,000 | $31.1100 | ($31,110) | | | | | | | | | |
| Meir Dahan | 8/6/2025 | 1,000 | $28.0150 | ($28,015) | | | | | | | | | |
| **Meir Dahan** | | **2,000** | | **($59,125)** | | **0** | | **$0** | **2,000** | **($59,125)** | **2,000** | **$42,049** | **($17,076)** |
| | | | | | | | | | | | | | |
| **Meir Dahan** | | **2,900** | | **($85,208)** | | **0** | | **$0** | **2,900** | **($85,208)** | **2,900** | **$60,971** | **($24,237)** |

*Avg Closing Prices from December 17, 2025 to February 13, 2026