# EXHIBIT B

Dec 18, 2025 6:34 PM Eastern Standard Time

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit on Behalf of Coupang, Inc. Investors – CPNG

**Share**

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Coupang, Inc. (NYSE: CPNG) between August 6, 2025 and December 16, 2025, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Coupang investors under the federal securities laws.

To join the Coupang class action, go to https://rosenlegal.com/submit-form/?case_id=8383 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Coupang had inadequate cybersecurity protocols that allowed a former employee to access sensitive customer information for nearly six months without being detected; (2) this subjected Coupang to a materially heightened risk of regulatory and legal scrutiny; (3) When defendants became aware that Coupang had been subjected to this data breach, they did not report it in a current report filing (to be filed with the U.S. Securities and Exchange Commission (the "SEC")) in compliance with applicable reporting rules; and (4) as a result, defendants' public statements were materially false and/or misleading at all times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than February 17, 2026**. A lead plaintiff is a representative party acting on behalf of other class members in directing the

litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=8383 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at case@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved, at that time, the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

case@rosenlegal.com

www.rosenlegal.com

**Industry:**        Class Action Lawsuit    Professional Services    Legal

## The Rosen Law Firm
### TOP RANKED GLOBAL INVESTOR COUNSEL
📞 866-767-3653  🌐 www.rosenlegal.com
### Ranked in Top 4 Each Year Since 2013

## ROSEN LAW FIRM

📈 NYSE:CPNG

## RELEASE VERSIONS

English

## CONTACTS

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com
www.rosenlegal.com

# More News From Rosen Law Firm

🔊 Get RSS Feed

### EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Kyndryl Holdings, Inc. – KD

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of securities of Kyndryl Holdings, Inc. (NYSE: KD) between August 7, 2024 and February 9, 2026, inclusive (the "Class Period"). The...

### Rosen Law Firm Urges uniQure N.V. (NASDAQ: QURE) Stockholders with Large Losses to Contact the Firm for Information About Their Rights

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces a class action lawsuit on behalf of purchasers of ordinary shares of uniQure N.V. (NASDAQ: QURE) between September 24, 2025, and October 31, 2025, inclusive (the "Class Period")....

### Rosen Law Firm Encourages KDDI Corporation Investors to Inquire About Securities Class Action Investigation – KDDIY

NEW YORK--(BUSINESS WIRE)--Why: Rosen Law Firm, a global investor rights law firm, announces an investigation of potential securities claims on behalf of shareholders of KDDI Corporation (OTC: KDDIY) resulting from allegations that KDDI may have issued materially...

Back to Newsroom  →

Wish your news had this kind of reach?

Sign Up    →

**Learn About Business Wire**    →



## Company

About Business Wire

Careers

Media Center

Help Center

## Services

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2026 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

