EXHIBIT F



## FIRM RESUME

Badgley Mullins Turner PLLC is a Seattle-based litigation firm that enjoys a national practice. The firm enjoys a broad litigation practice, ranging from intellectual property litigation to commercial disputes, including class action and shareholder derivative litigation.  We currently have two attorneys and a commensurate staff of legal assistants.  The firm's managing member is AV rated by Martindale Hubbell and our firm is recognized in its Bar Register as a Preeminent Law Firm.  BMT's lawyers have litigated cases in state and federal courts in many jurisdictions, as well as in U.S. Tax Court and the Court of Federal Claims.

### Duncan C. Turner

Duncan Turner's practice includes commercial litigation, copyright infringement litigation, class action litigation, employment litigation, and probate and trust litigation.  He is admitted to practice in the State of Washington; the State of Mississippi (inactive); U.S. District Court, Western District of Washington; U.S. District Court, Eastern District of Washington; U.S. Court of Appeals, 9th Circuit; U.S. Court of Appeals, 5th Circuit; U.S. Court of Appeals, Federal Circuit; U.S. Tax Court; U.S. Court of Federal Claims; and the U.S. Court of International Trade. He is AV rated by Martindale Hubbell and has been selected by a peer nomination process as a Washington SuperLawyer every year since 2014.  Mr. Turner's education includes a Juris Doctor degree (Magna Cum Laude) from the University of Mississippi, a Master of Business Administration from the University of Mississippi, and a Bachelor of Science degree from the United States Military Academy (West Point).

### Recent Class Action/Derivative Experience

Badgley Mullins Turner has recent experience acting as co-counsel in the following class actions/putative class actions and shareholder derivative cases:

| | | |
|---|---|---|
| Emerson v. Premera Blue Cross | Western Dist. Washington | 2015 |
| Abdi et al v. Prospect Int. Services Inc. | Western Dist. Washington | 2016 |
| Abdi v. Avis Budget Group, Inc. et al | Western Dist. Washington | 2016 |
| Ahmed et al v. Aircraft Service Int. Grp, et al | King County, Washington | 2016 |
| Ahmed v. Fox Rent-A-Car, Inc. | King County, Washington | 2016 |

| | | |
|---|---|---|
| Ali et al v. ATZ, Inc. et al | King County, Washington | 2016 |
| Ali et al v. Menzies et al | Western Dist. Washington | 2016 |
| Ali v. Consolidated Aviation Srvs., Inc., et al | King County, Washington | 2016 |
| Allen, et al v. Flight Services & Systems, Inc. | King County, Washington | 2016 |
| DesJardins v. USHEALTH Advisors, LLC | Western Dist. Washington | 2016 |
| Eicher v. Advantage OPCO et al | Western Dist. Washington | 2016 |
| Eli v. Hanjin Global Logistics et al | King County, Washington | 2016 |
| Hirsi v. The Hertz Corporation | Western Dist. Washington | 2016 |
| Hufune et al v. Bags, Inc. | Western Dist. Washington | 2016 |
| Hussein et al v. Air Serv Corporation | Western Dist. Washington | 2016 |
| Israel v. Diamond Parking Svc., Inc. | Western Dist. Washington | 2016 |
| Jackson v. Seatac Bar Group | Western Dist. Washington | 2016 |
| Jama et al v. GCA Services Group, Inc. | Western Dist. Washington | 2016 |
| Jama et al v. Golden Gate America LLC | Western Dist. Washington | 2016 |
| Jesse et al v. DAL Global, Inc. | Western Dist. Washington | 2016 |
| Judd et al v. Swissport USA, Inc. | King County, Washington | 2016 |
| Muse v. Huntleigh USA Corporation | Western Dist. Washington | 2016 |
| Myers, et al v. Alstead, et al & Starbucks Corp. | Western Dist. Washington | 2016 |
| Nugussie et al v. HMS Host N. America, et al | Western Dist. Washington | 2016 |
| Veljanoski v. Juno Therapeutics, Inc. et al | Western Dist. Washington | 2016 |
| Wick v. Twilio, Inc. | Western Dist. Washington | 2016 |
| Alemu, et al v. Imperial Parking (U.S.), LLC | Court of Appeals (Ninth Circuit) | 2018 |
| Bautista, et al v. WFS Express | Western Dist. Washington | 2018 |
| Nichols v. GEICO General Insurance Company | Western Dist. Washington | 2018 |
| Stedman, et al, v. Progressive Direct Insurance Co. | Western Dist. Washington | 2018 |
| Duenas-Mesa v. Indemnity Company | King County, Washington | 2019 |
| Fisher, et al v. Taste, Inc. Taste, Inc., dba Vino Volo, Inc. | King County, Washington | 2019 |
| Howisey v. Transamerica Life Ins. Co. | Western Dist. Washington | 2019 |
| Faysal A. Jama v. State Farm Fire and Casualty Company | King County, Washington | 2020 |
| Muna Noor v. American Family Mutual Insurance Company | Western Dist. Washington | 2020 |
| Didzun v. Home Depot USA, Inc. | Western Dist. Washington | 2021 |

| | | |
|---|---|---|
| Jama v. State Farm Mutual Automobile Insurance Company | Western Dist. Washington | 2021 |
| Robleh v. Progressive Insurance Company | King County, Washington | 2021 |
| Yermakovych v. American Family | King County, Washington | 2021 |
| Tuttle v. Audiophile Music Direct, Inc. | Western Dist. Washington | 2022 |
| Gyan, et al v. Brink Property Management Inc. | King County, Washington | 2025 |