THE HONORABLE LAUREN KING

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| HAKRAE LEE and MIN KYUN PARK, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUPANG, INC., COUPANG CORP., BOM SUK KIM, GAURAV ANAND, BRETT MATTHES and TAE KIM,<br><br>    Defendants. | Case No. 2:26-cv-0047-LK<br><br>**JOINT STIPULATION ACCEPTING SERVICE OF PROCESS AND [PROPOSED] ORDER EXTENDING INITIAL PRETRIAL DEADLINES** |

- 1 -

Plaintiffs Hakrae Lee and Min Kyun Park ("Plaintiffs") and Defendants Coupang, Inc., Coupang Corp., Bom Suk Kim, Gaurav Anand, Brett Matthes and Tae Kim ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows.

**WHEREAS,** on January 6, 2026, Plaintiffs, individually and on behalf of all others similarly situated, filed the Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 1) (the "Complaint") against Defendants;

**WHEREAS**, Defendants either have been served with process or hereby accept service of process through their counsel of record to the extent not already served;

**WHEREAS**, this putative class action asserts federal securities claims arising under the Securities and Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4 *et seq.*;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a Lead Plaintiff and Lead Counsel to represent the putative class pursuant to motion practice, *see* 15 U.S.C. § 78u-4(a)(3), and motions seeking appointmènt of lead plaintiff and lead counsel were filed on February 17, 2026 (ECF Nos. 4, 6, 8);

**WHEREAS**, the court-appointed Lead Plaintiff will ultimately have the authority to act on behalf of the putative class, and it is unclear at this time who will ultimately have that authority or whether the court-appointed Lead Plaintiff will file an amended or consolidated complaint or stand on the existing Complaint filed herein;

**WHEREAS**, the Court issued an order on February 27, 2026, setting dates for a Rule 26(f) conference, initial disclosures, and the submission of a Joint Status Report and Discovery Plan (ECF No. 17);

**WHEREAS**, pursuant to the PLSRA, this case is subject to an automatic discovery stay "during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B);

**WHEREAS**, no party has previously requested or received an extension of time to answer or otherwise respond to the Complaint in the above-captioned action; and

- 2 -

**WHEREAS**, in order to avoid unnecessary expense to the parties and unnecessary expenditure of time by the Court prior to the appointment of Lead Plaintiff and Lead Counsel and the filing of an amended or consolidated complaint or the designation of an operative complaint, the parties have agreed, subject to the Court's approval, to set a schedule for the filing of an amended or consolidated complaint or designation of an operative complaint and Defendants' responses thereto.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, and subject to Court approval, that:

1. Undersigned counsel for the Defendants are authorized to accept, and hereby do accept, service of the summons and Complaint in this matter on behalf of their clients, to the extent not already served, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process.

2. Defendants are not required to answer, move against, or otherwise respond to Plaintiffs' initial Complaint unless it is designated as the operative complaint by the Court-appointed Lead Plaintiff.

3. The current deadlines for a Rule 26(f) conference, initial disclosures, and the submission of a Joint Status Report and Discovery Plan, are adjourned *sine die*.

4. Within fourteen (14) days of the date the Court appoints a Lead Plaintiff, Counsel for Defendants and the Lead Plaintiff will confer and submit a joint schedule for the filing of an amended or consolidated complaint (or designation of the Complaint as the operative complaint), and a briefing schedule for Defendants to move to dismiss, answer, or otherwise respond to the operative complaint.

Presented by:

Dated: March 9, 2026.

                                        **KELLER ROHRBACK L.L.P.**

                                        By: *s/ Juli E. Farris*
                                        Juli E. Farris, WSBA #17593

- 3 -

JOINT STIPULATION ACCEPTING SERVICE OF PROCESS AND [PROPOSED] ORDER
EXTENDING INITIAL PRETRIAL DEADLINES                    Case No. 2:26-cv-00047-LK

Laura R. Gerber, WSBA #34981
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Telephone: (206) 623-1900
jfarris@kellerrohrback.com
lgerber@kellerrohrback.com

**SAXENA WHITE P.A.**
Marco A. Dueñas
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for Plaintiffs Hakrae Lee
and Min Kyun Park*

Brian A. Ratner
Timothy S. Kearns
**HAUSFELD LLP**
1200 17th Street, NW Suite 600
Tel: (202) 540-7200
Fax: (202) 540-7201
bratner@hausfeld.com
tkearns@hausfeld.com

Christopher L. Lebsock
**HAUSFELD LLP**
580 California Street
12th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 633-4980
clebsock@hausfeld.com

YoungKi Rhee
**WE THE PEOPLE LAW GROUP**
Chingyang Building, 7/F
47Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Tel: 82-2-2285-0062
ykrhee@wethepeople.co.kr

*Additional Counsel for Plaintiffs
Hakrae Lee and Min Kyun Park*

- 4 -

Dated:  March 9,  2026

By: */s/ Brian D. Buckley*
Brian D. Buckley
**MORGAN, LEWIS & BOCKIUS LLP**
1301 Secound Avenue, Suite 3000
Seattle, WA 98101
Tel.: (206) 274-6400
brian.buckley@morganlewis.com

Andrew J. Ehrlich (*admitted pro hac vice*)
Brette Tannenbaum (*admitted pro hac vice*)
Daniel S. Sinnreich (*admitted pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel.:  (212) 373-3000
Fax:  (212) 757-3990
aehrlich@paulweiss.com
btannenbaum@paulweiss.com
dsinnreich@paulweiss.com

*Counsel for Defendants*

**SO ORDERED** this __10th__ day of ___March___, 2026.

_____
The Honorable Lauren King
United States District Judge

- 5 -

JOINT STIPULATION ACCEPTING SERVICE OF PROCESS AND [~~PROPOSED~~] ORDER
EXTENDING INITIAL PRETRIAL DEADLINES                    Case No. 2:26-cv-00047-LK